FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 22  AM 11: 19

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PRESERVATION ALLIANCE OF NEW ORLEANS, INC. d/b/a PRESERVATION RESOURCE CENTER | * | CIVIL ACTION |
| VERSUS | * | NO. 05-1337 |
| ANDREW L. GRESSETT, PRESERVATION RESOURCE CENTER, INC., PRC PROPERTY RIGHTS COMMISSION, INC., AND PROPERTY RIGHTS COMMISSION, L.L.C. | * * | SECTION "C" MAG. 1 |

\*   \*   \*   \*   \*   \*   \*   \*

**SUPPLEMENTAL MEMORANDUM IN RESPONSE TO GRESSETT LETTER OF AUGUST 17, 2005**

MAY IT PLEASE THE COURT:

This memorandum responds to the letter from Andrew L. Gressett delivered to the Court on August 17, 2005. First, the letter should be stricken in that it violates the Code of

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Professionalism adopted by the judges of the Eastern District on August 4, 1999. The requirements thereof which have been violated are obvious on the face of the letter.

Nonetheless, to the extent possible, Preservation Alliance of New Orleans, Inc. d/b/a Preservation Resource Center (hereinafter, "PRC"), offers the following facts:

On August 5, 2005, PRC mailed a letter and settlement agreement to Mr. Gressett in an attempt to complete the settlement of referenced matter. The letter and settlement agreement were also e-mailed to Mr. Gressett on August 9, 2005. Then, on August 16, 2005, PRC sent a letter to Mr. John Goehring, law clerk for the Honorable Helen G. Berrigan, to explain to the Court that PRC had been attempting to settle the present matter, but had received no response from Mr. Gressett. In response to the letter of August 16, 2005, Mr. Gressett sent a letter to the Court dated August 17, 2005.

In the second paragraph of Mr. Gressett's letter dated August 17, 2005, Mr. Gressett insinuates that PRC never contacted him to negotiate a settlement. This statement is incorrect as the letter and settlement agreement of August 5, 2005, attempting to reach a settlement agreement, were mailed to Mr. Gressett on August 5, 2005, and were e-mailed to Mr. Gressett on August 9, 2005, as evidenced by Exhibit "A" which illustrates that the August 5, 2005, letter and settlement agreement were e-mailed to Mr. Gressett on August 9, 2005. Accordingly, PRC did in fact contact Mr. Gressett, via e-mail and mail in an attempt to negotiate a settlement regarding the present matter. Next, Mr. Gressett states that PRC was not attempting to accommodate a reasonable fair agreement, and have violated his request to put everything in writing. Such

statement by Mr. Gressett is incorrect as PRC was attempting in good faith to accommodate a reasonable and fair settlement agreement and have complied with Mr. Gressett's request to put everything in writing, as evidenced by the fact that the letter and settlement agreement of August 5, 2005, and the letter of August 16, 2005, were both mailed and e-mailed to Mr. Gressett.

Mr. Gressett further states that PRC is attempting to mislead the Court based on a statement that Mr. Gressett never agreed to an inference that the matter be dismissed without prejudice. This statement is incorrect as PRC never inferred to the Court that Mr. Gressett would be willing to dismiss the matter without prejudice, but PRC simply sent Mr. Gressett the letter dated August 5, 2005, with the settlement agreement, in an attempt to settle the matter so the case can be dismissed without prejudice.

In the last two paragraphs of Mr. Gressett's letter of August 17, 2005, Mr. Gressett continues to violate the Code of Professionalism by stating that he would like to "set the record straight" with an emphasis that PRC is lying to the Court. Mr. Gressett further states that PRC did not deliver the August 5, 2005, letter to the Court until August 16, 2005. Mr. Gressett is confused regarding the by-hand delivery of the August 5, 2005, letter to the Court. PRC never claimed that the August 5, 2005, letter was delivered by-hand to the Court on or near August 5, 2005. The August 5, 2005, letter was not submitted to the Court until August 16, 2005, as an attachment at the request of the Court's law clerk. In fact, the August 5, 2005, letter was a settlement letter, the likes of which judges usually do not want to see.

3

The letter dated August 5, 2005, was not originally sent to the Court since it deals with a preliminary settlement offer, and correspondence regarding such matters are not usually sent or delivered to the Court. Accordingly, PRC never made any inference that the letter dated August 5, 2005, was delivered by-hand to the Court, but simply delivered the letter dated August 5, 2005, to the Court as an attachment to the letter dated August 16, 2005. In addition, PRC would like to set the record straight that contrary to Mr. Gressett's statements, PRC has never misrepresented anything to the Court. Based on the foregoing, it is clear that Mr. Gressett has violated the Code of Professionalism, has failed to conduct himself with civility and courtesy, and has failed to give the Court an accurate picture of the facts.

WHEREFORE, plaintiff, Preservation Alliance of New Orleans, Inc. d/b/a Preservation Resource Center, prays that the Mr. Gressett's letter be stricken and that the Court grant plaintiff's motion to dismiss without prejudice.

Respectfully submitted,

*/s/ Andrew G. Vicknair*

Lloyd N. Shields (#12022)
Daniel Lund, III (#19014)
Andrew G. Vicknair (#28448)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone (504) 581-4445
Telecopy (504) 584-4440

Attorneys for Preservation Alliance of
  New Orleans, Inc.
  d/b/a Preservation Resource Center

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all parties by telecopy/fax and/or by depositing same in the United States mail, postage prepaid and properly addressed, this 18th day of August, 2005.

*Andrew G. Vickman*

W:\Clients\75675-01\Pleadings\Supplemental Memo In Respons to Gressett Ltr.wpd



# SHIELDS MOTT LUND L.L.P.
### ATTORNEYS AND COUNSELLORS AT LAW

ANDREW G. VICKNAIR
AGVICKNAIR@SHIELDSMOTTLUND.COM

August 5, 2005

**VIA U.S. MAIL
AND EMAIL**

Mr. Andrew Gressett
Property Rights Commission, L.L.C.
5225 Chestnut Street
New Orleans, Louisiana 70115

    Re:    Tradename and Trademark Infringement
            Preservation Resource Center
            <u>Our Ref.: 75675-01</u>

Dear Mr. Gressett:

    Please remember that we are trying to accommodate all of your requests, but it is not possible to do so if you do not get back in touch with us in a timely manner. We are not using the telephone to contact you since you have requested that we put everything in writing. Here is another writing requesting that you make an attempt to cooperate and communicate with PRC in its attempt to reach an agreement with you so that the referenced matter may be dismissed without prejudice.

    PRC is not willing to agree to dismiss the matter with prejudice as it is not willing to forgo its rights concerning its trademarks simply to have the referenced matter dismissed. However, PRC is willing to dismiss the referenced matter without prejudice if you are willing to sign the enclosed agreement whereby you agree on behalf of yourself, Preservation Resource Center, Inc., PRC Property Rights Commission, Inc. and Property Rights Commission, L.L.C. to cease all uses of PRC's mark "Preservation Resource Center." There should be no issues regarding the enclosed agreement as you have previously agreed on your on volition to stop using the mark "Preservation Resource Center." Thus, PRC simply asks you to review and sign the enclosed agreement and/or contact us to discuss any issues you may have with the enclosed agreement. If you are willing to sign the agreement, the referenced matter can be dismissed without prejudice.

**EXHIBIT
"A"**

650 POYDRAS STREET, SUITE 2400 · NEW ORLEANS, LOUISIANA 70130 · TELEPHONE (504) 581-4445 · FACSIMILE (504) 581-4440 · WWW.SHIELDSMOTTLUND.COM

ATTORNEYS ALSO ADMITTED TO PRACTICE IN DISTRICT OF COLUMBIA, ILLINOIS, MISSISSIPPI, MISSOURI, NEW YORK, TEXAS & U.S.P.T.O.

SHIELDS MOTT LUND L.L.P.

Mr. Andrew Gressett
August 5, 2005
Page 2

    I am sure that you can understand that we cannot work with you if you do not respond to our writings.

    If you have any further questions or wish to discuss this matter, please feel free to contact us.

    With best regards, I am,

                                         Very truly yours,

                                         Andrew G. Vicknair

AGV:ebf
Enclosure
Gressett.008.wpd

# Andrew G. Vicknair

**From:** Andrew G. Vicknair
**Sent:** Tuesday, August 09, 2005 5:10 PM
**To:** 'prcno@aol.com'
**Cc:** Andrew G. Vicknair
**Subject:** RE: Letter to Mr. Gressett

Mr. Gressett,

Please find enclosed herein a copy of a letter and settlement agreement previously mailed to you.

Please note that I have attached the document in Adobe format. If you have any questions, please call.

Thanks

Andrew



Gressett Scanned
Ltr (8-09-05)...

## Confidentiality Statement

This electronic message is generated by Shields Mott Lund L.L.P., a law firm, and may contain legally protected privileged and confidential information intended only for the use of the intended recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-581-4445. Please also delete any remaining electronic forms of the message on your computer and destroy any printed copies of the message.

Andy G. Vicknair
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2400
New Orleans, Louisiana  70130
(504) 581-4445
(504) 581-4440 (fax)
www.shieldsmottlund.com

1

## Andrew G. Vicknair

**From:** postmaster
**Sent:** Tuesday, August 09, 2005 5:10 PM
**To:** Andrew G. Vicknair
**Subject:** Delivery Status Notification (Relay)

  

ATT389292.txt   RE: Letter to Mr. Gressett

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    prcno@aol.com

1