```
                                    FILED
                             U.S. DISTRICT COURT
                           EASTERN DISTRICT OF LA

                             2005 OCT -3  PM 4:13

                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESERVATION ALLIANCE OF<br>NEW ORLEANS | CIVIL ACTION |
| VERSUS | NUMBER: ~~05-1338~~  05-1337 |
| ANDREW L. GRESSETT, ET AL | SECTION: "C" 1 |

## JUDGMENT

Considering the Court having granted the motion to dismiss without prejudice filed by the plaintiff; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint be and is hereby dismissed without prejudice.

Baton Rouge, Louisiana, this ___3rd___ day of October 2005.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

```
__Fee_____
__Process____
_x_Dktd_____
_✓_CtRmDep___
   Doc.No.___
```